

GOVERNMENT
EXHIBIT
5

PENGAD 800-631-6989







