# FREDERICK RENCH, ESQ., PLLC

646 Plank Road, Suite 204 • Clifton Park, New York 12065   www.renchlaw.com • E-mail: fred@renchlaw.com
Telephone: 518.373.8400 • Facsimile: 518.383.6898   *Also Admitted in Florida and Massachusetts*

D. Theresa Murphy, R.N., B.A., M.S.

April 15, 2011

**Via Electronic Filing - PACER**

Hon. Thomas J. McAvoy
Senior U.S. District Judge
15 Henry Street
Binghamton, NY  13901

      Re:    **USA v. Jeffrey Charles Burfeindt**
             **Docket No.:  10-cr-320**

Dear Judge McAvoy:

      I am writing to request an adjournment of the sentencing in this matter which is currently scheduled for May 13, 2011 in Albany, New York.  Recently Mr. Burfeindt's aged mother was diagnosed with severe aortic stenosis as well as cancer of the colon.  Mrs. Burfeindt will undergo open heart surgery in the very near future.  Following her heart surgery, she will undergo surgery to remove a cancerous tumor in her colon.  As you may be aware, Mr. Burfeindt lives at home with both of his parents and provides a large measure of assistance and support for them.  My client's presence in the Burfeindt house following the surgical procedures which his mother must undergo would significantly enhance her convalescence.  I have apprised Mr. Belliss of these developments and he does not oppose my request that the sentencing be adjourned for a period of sixty (60) days.

      Upon your review of this correspondence, I would respectfully request that you advise as to whether Mr. Burfeindt's request will be granted.

Very truly yours,

FREDERICK RENCH, ESQ., PLLC

By:  Frederick Rench
*Fred@renchlaw.com*

FR/m-op

cc:    R. Belliss, AUSA
       C. Bell, USPO