U.S. Department of Justice



United States Attorney
Northern District of New York
Financial Litigation Unit

P.O. Box 7198                                                                                   315-448-0672

100 South Clinton Street                              FAX: 315-448-0646
Syracuse, New York 13261

November 4, 2011

Jeffrey Burfeindt
#18560-052
Schuylkill FCI
P.O. Box 700
I-81 & 901 West
Minersville, PA 17954

      Re:  **United States v. Jeffrey Burfeindt**
         **Criminal Action No. 1:10-CR-000320-002**

Dear Mr. Burfeindt:

  Enclosed please find for service upon you copies of Notice of Motion, Motion For Order Requiring Liquidation of Valuable Property Held by the Federal Bureau of Investigation To Be Applied to Restitution, Affidavit, and Memorandum of Law with exhibits, in reference to the above-captioned criminal action.

  We were recently notified that James Winslow, Esq., was no longer representing you as of September 23, 2011. If you have any questions, please contact this office.

              **RICHARD S. HARTUNIAN**
              United States Attorney

        By:  /s/ William F. Larkin
            William F. Larkin
            Assistant U.S. Attorney
            Bar Roll No. 102013

enclosures